IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE, II, : | |
| : | Case No. 2:21-cv-01430-GJP |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MDC PARTNERS INC., MARK PENN, : | |
| CHARLENE BARSHEFSKY, WADE : | |
| OOSTERMAN, ASHA DANIERE, : | |
| DESIRÉE ROGERS, BRADLEY GROSS, : | |
| IRWIN D. SIMON, STAGWELL MEDIA : | |
| LP, NEW MDC LLC, and MIDAS MERGER : | |
| SUB 1 LLC, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  July 22, 2021

GRABAR LAW OFFICE

By: _____
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*